```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUCIA HEFFERNAN,

                Plaintiff,        23-cv-1271 (JGK)

     - against -            <u>ORDER</u>

SHEIN DISTRIBUTION CORP.,

                Defendant.

------------------------------------------------

    The parties are directed to file a Rule 26(f) report by **April 20, 2023.**

SO ORDERED.

Dated:   New York, New York
          April 5, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge