UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUCIA HEFFERNAN,
                Plaintiff(s)

                23 civ 1271 (JGK)

      -against-

SHEIN DISTRIBUTION CORP.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on April 19, 2023,

The conference scheduled for July 13, 2023 at 3:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 5, 2023