```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LUCIA HEFFERNAN,                                          23-cv-1271 (JGK)

              Plaintiff,                          ORDER

  - against -

SHEIN DISTRIBUTION CORP.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to send the Court a letter detailing the agreement between the parties with regard to the amended complaint by **October 20, 2023**. The letter should include a schedule for responses to the amended complaint, whether the response be an answer or a motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
           October 12, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge