UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA HEFFERNAN,

                Plaintiff,

- against -

SHEIN DISTRIBUTION CORP., ET AL.,

                Defendants.

23-cv-1271 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **November 3, 2023**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            November 2, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge