```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lucia Heffernan,

                Plaintiff,

-against-

Shein Distribution Corp. et al.,

                Defendants.

1:23-cv-01271 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a conference with the parties today in conjunction with the conference held in *Alison Lou LLC v. Shein Distribution Corp.*, No. 23-cv-01268, with respect to the parties' dispute regarding the consolidated deposition of Defendants' Rule 30(b)(6) designee, Tim Wei, in this action, as well as in the *Alison Lou* case and *Bishop v. Shein Distribution Corp.*, No. 23-cv-01277 (*see* 11/9/23 Joint Ltr, ECF No. 79), it is hereby ORDERED, as follows:

1. Testimony of Defendants' representative Mr. Wei shall be consolidated and deemed noticed in each of this case and the *Alison Lou* and *Bishop* cases.

2. As previously directed (*see* 11/2/23 Order, ECF No. 75, ¶ 2), Mr. Wei's deposition shall proceed via Zoom or other remote means agreed to by the parties.

3. Plaintiff shall be afforded a total time of 14 hours to take testimony on all topics as to all entities noticed pursuant to Fed. R. Civ. P. 30(b)(6). The parties shall meet and confer with respect to the deposition topics. If agreement cannot be reached regarding such topics, then they shall submit a joint letter to the Court no later than November 20, 2023, setting forth their respective positions.

4. Mr. Wei's deposition shall be scheduled to occur in two or more sessions, at times mutually agreeable to the witness and counsel, between the hours of 6 a.m. and 10 a.m. and 7 p.m. and 11 p.m., New York time, on December 6 and 7, 2023, and between 6 a.m. and 10 a.m., New York time, on December 8, 2023, or at such other times as counsel shall agree.

5. If Defendants have not substantially completed production of documents in each of this case and the *Alison Lou* and *Bishop* cases by November 29, 2023, then Plaintiff may seek to adjourn the deposition of Mr. Wei, unless Defendant has made acceptable arrangements for any additional testimony from Mr. Wei regarding later-produced documents.

**SO ORDERED.**

Dated:   New York, New York
         November 15, 2023

_____
STEWART D. AARON
United States Magistrate Judge