```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lucia Heffernan,

                        Plaintiff,

-against-

Shein Distribution Corp. et al.,

                        Defendants.

1:23-cv-01271 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than 5:00 p.m. on Tuesday, December 12, 2023, Plaintiff's counsel shall file to the ECF docket the pages of the 30(b)(6) deposition transcript (final or rough) that discuss Topic 15, as modified by the Court's November 21, 2023 Order (ECF No. 88), *i.e.* "Deponent's knowledge of the disclosure to WIRED (and/or other journalists) of the 'October guidance document' referenced in the May 4, 2022 WIRED article Fast, Cheap, and Out of Control: Inside Shein's Sudden Rise (https://www.wired.com/story/fast-cheap-out-of-control-inside-rise-of-shein/).

    The parties are directed to appear for a telephone conference on Wednesday, December 13, 2023, at 11:00 a.m. to discuss Defendants' Letter Motion filed at ECF No. 84. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    Pending the Court's ruling with respect to Defendants' foregoing Letter Motion, Plaintiff shall take no steps to enforce the subpoena served upon Advance Magazine Publishers, Inc.

("AMPI") (ECF No. 84-1), and Plaintiff shall advise AMPI that it need not comply with the subpoena at this time.

**SO ORDERED.**

Dated:  New York, New York
        November 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge